UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22467

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

FILED by _RCS_ D.C.

AUG 20 2009

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __09-22467__

_Carlton Elisha Newton_
(Enter the full name of the plaintiff in this action)

CIV - ALTONAGA

v.

_U.S. Department Of Justice / Homeland Security_
_Immigration and Customs Enforcement_
_Agent Suarez Diaz, Agent S. Hernandez_
_and Other Officers, names_
_unknown to ▆▆▆▆▆. Plaintiff_
(Above, enter the full name of the defendant(s) in this action)

MAGISTRATE JUDGE
WHITE

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

    This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

    Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

    Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat / div _550/1983/MIA_
Case # _09CV 22467_
Judge _Altonaga_ Mag _PAW_
Motn Ifp _YES_   Fee pd $ _0_
Receipt # _____

Page 1 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

      There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

      Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

      You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

      When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

**I.    Parties**

      In Item A below, place your name in the first blank and place your present address in the third blank.

    A.    Name of plaintiff: Carlton Elisha Newton

        Inmate #: A #91-417-926

        Address: Krome SPC, 18201 S.W 12th Street Miami Florida 33194

      In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

    B.    Defendant: Suarez Diaz

        is employed as Immigration Customs Enforcement

        at Glades County Jail Moore Haven Florida 33471

    C.    Additional Defendants: S. Hernandez Immigration Customs Enforcement Miami International Airport

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Other Officer at Krome SPC and Miami International Airport.
Names unknown to Plaintiff at this time

**II. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On 8-14-2009 (August 14, 2009) the plaintiff was at the Miami International Airport awaiting his departure flight. Immigration Customs Enforcement Agent Suarez Diaz and S. Hernandez, and several other Immigration Custom Enforcement Agents attacked plaintiff Carlton Elisha Newton and beat him severly for seven to ten minutes. The Plaintiff had to be taken to Jackson Memorial Hospital for Neck, Wrist, Back, Fingers and Shoulder injury and told by doctors at the Hospital that there were severe swelling and bleeding

Page 3 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Under the skin and several bruises because of the attack. The plaintiff now suffers from migraine Headache, Stiff neck and Swelling of the muscles in the middle and lower back causing Stiffness. Under 28 USC 1331/1350.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiff is seeking nominal damage in the amount of Seven Hundred and fifty Thousand dollars (750,000). And for the agency responsible for the employment of the agents to make sure this never happens again in relation to other persons, who come in contact with these agents. The plaintiff further seeks punitive damages and Compensatory damage in the amount of One million Dollars (1,000,000).

### IV. Jury Demand

Do you demand a jury trial? ☑ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __16__ day of __August__, 20__09__

_Carlton E. Newton_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __8-16-2009__

_Carlton Elisha Newton_
(Signature of Plaintiff)