UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22467-CIV-ALTONAGA/White

**CARLTON ELISHA NEWTON**,

    Plaintiff,
vs.

**U.S. DEPARTMENT OF JUSTICE**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record.  On August 26, 2009, U.S. Magistrate Judge Patrick A. White ordered the Plaintiff, Carlton Elisha Newton, to file an amended complaint by September 25, 2009, and "cautioned that failure to file the required amended complaint may result in dismissal of the case, without prejudice." (Report [D.E. 4] 2).  To date, Newton has not filed an amended complaint or requested an extension of time to do so.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk must **CLOSE** the case.

3. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October, 2009.

    _____
    **CECILIA M. ALTONAGA**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Carlton Elisha Newton, *pro se*
       407 ½ NE 11 Ave.
       Boynton Beach, FL 33435